IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02246-MSK-PAC

JOSE GARCIA,

        Plaintiff,

v.

MEXICANAVOCADOS, LLC,
RAYMUNDO ORTIZ,
BLUE AGAVE FARMS, LLC, and
RANDY MARTINEZ,

        Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff Jose Garcia's Motion for Administrative Closure Pursuant to D.C.COLO.LCivR 41.2. **(#20)**.

Upon review of Plaintiff's motion for administrative closure of the above-referenced matter pursuant to D.C.COLO.LCivR 41.2, the Court hereby grants the same.

DATED this 28th day of February 2006.

        **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge